UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff                                 Case No. 2:17-cr -20489

Vs.                                        HONORABLE TERRENCE G. BERG
                                              United States District Judge

TYLER ANDREW JACKSON

    Defendant,

_____/

## MOTION TO STRIKE MOTION TO WITHDRAW AS COUNSEL

CJA counsel Claude M. Chapman request this HONORABLE COURT enter an Order striking the Motion filed to withdraw as counsel to Defendant Tyler Andrew Jackson. ECF No. 471, Page ID3446.

In support counsel states as follows:

That the communication between Defendant Tyler Andrew Jackson and counsel has been restored so as to allow counsel to continue to provide the level of representation required by applicable court rules, rules of professional conduct and constitutional provisions.

1

WHEREFORE, CLAUDE M. CHAPMAN, respectfully prays this HONORABLE COURT enter an Order striking his Motion to withdraw as counsel for Tyler Andrew Jackson in the above captioned matter.

                                                    Respectfully Submitted,

                                                    s/ Claude M. Chapman

                                                    Attorney for Tyler Andrew Jackson
                                                    18004 Roselawn Street
                                                    Detroit MI 48221
                                                    (313)802 0128
                                                    cchapman819@ameritech.net

Dated: July 19, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff                         Case No. 2:17-cr -20489

Vs.                                 HONORABLE TERRENCE G. BERG
                                          United States District Judge

TYLER ANDREW JACKSON

    Defendant,
_____/

**ORDER GRANTING MOTION TO STRIKE MOTION TO WITHDRAW AS COUNSEL**

    Presently before the COURT is CJA counsel Claude M. Chapman's Motion to strike Motion to withdraw as counsel.

    Upon review of the present Motion and this case's docket, the COURT will grant the relief requested.

    Accordingly, **IT IS HEREBY ORDERED** that the Motion to Strike the Motion To Withdraw AS Counsel is Granted.

**IT IS SO ORDERED**

Dated: July 23, 2021                 /s/Terrence G. Berg_____
                                         Honorable Terrence G. Berg
                                           United States District Judge